

NORTHERN DISTRICT OF TEXAS
FILED
AUG 17 2015
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:15-MJ-333 |
| Jackie Lynn WATTERS (1) a/k/a H2O Nathan Bryant COOPER (2) a/k/a Nate Coop | § § § § § | |

## CRIMINAL COMPLAINT

*Conspiracy to Possess a Controlled Substance with Intent to Distribute*

*Beginning in or before July 2014, and continuing until in or around June, 2015, in the Fort Worth Division of the Northern District of Texas, defendatst **Jackie Lynn WATTERS, Nathan Bryant COOPER,** and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 846.*

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. On August 6, 2015, Agents/Officers with the DEA, HIS, and DPS interviewed a Cooperating Defendant (CD #1) who stated the following. CD #1 stated that he/she had been in the methamphetamine business for several years prior to his/her arrest. CD #1 stated that prior to his/her arrest, based in his/her participation in the methamphetamine business, he/she knew that both Jackie Lynn WATTERS, a.k.a. H2O, and Nathan Bryant COOPER, a.k.a. Nate Coop, worked for Tonya BLACKWOOD, in Tonya BLACKWOOD's methamphetamine business. CD #1 stated that on multiple occasions, he/she had observed Jackie Lynn WATTERS accompany Tonya BLACKWOOD, when Tonya BLACKWOOD delivered multi

Criminal Complaint – Page 1

ounce quantities of methamphetamine to Charles Bradley DEEDS and others. CD #1 also stated that based on conversations that he/she had with Nathan Bryant COOPER, he/she knew that Nathan Bryant COOPER was employed by Tonya BLACKWOOD to distribute methamphetamine. CD #1 then outlined an incident when CD #1 received a phone call from Nathan Bryant COOPER, during which, Nathan Bryant COOPER stated that he and others had been sent to CD #1's apartment, at the direction of Tonya BLACKWOOD, to collect money that was owed to Tonya BLACKWOOD, by Charles Bradley DEEDS. Nathan Bryant COOPER then informed CD #1 that when he and the others sent by Tonya BLACKWOOD arrived at the apartment, they realized the apartment belonged to CD #1, and Nathan Bryant COOPER was calling to apologize. CD #1 then stated that when he/she arrived back at the apartment, he/she met Nathan Bryant COOPER in the parking lot of the apartment. While they were talking in the parking lot, Nathan Bryant COOPER again told CD #1 that he/she had been sent by Tonya BLACKWOOD to collect drug debt from Charles Bradley DEEDS. CD #1 then stated that when he/she went inside the apartment, he/she was told by multiple occupants of the apartment, how Jackie Lynn WATTERS, Nathan Bryant COOPER, and others had entered the apartment, brandishing firearms, held the occupants of the apartment against their will, and stated that they were there to collect a drug debt for and at the direction of Tonya BLACKWOOD.

2. On August 10, 2015, Agents/Officers with the DEA and HSI interviewed a Cooperating Defendant (CD #2) who stated the following. CD #2 stated that he/she had been in the methamphetamine business for several years prior to his/her arrest. CD #2 stated that prior to his/her arrest, based in his/her participation in the methamphetamine business, he/she knew that both Jackie Lynn WATTERS, a.k.a. H2O, and Nathan Bryant COOPER, a.k.a. Nate Coop, worked for Tonya BLACKWOOD, in Tonya BLACKWOOD's methamphetamine business. CD #2 stated that on multiple occasions, he/she had observed Jackie Lynn WATTERS accompany Tonya BLACKWOOD, when Tonya BLACKWOOD delivered multi ounce quantities of methamphetamine to CD #2 and others. CD #2 then outlined an incident when CD #2 was present at an apartment in North Richland Hills, Texas, when Jackie Lynn WATTERS, Nathan Bryant COOPER, and others entered the apartment, brandishing firearms, held the occupants of the apartment against their will, and stated that they were there to collect a drug debt for and at the direction of Tonya BLACKWOOD.

3. Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated here establish probable cause that the defendant has committed a

violation of Title 21, United States Code, Section 846, Conspiracy to Possess Methamphetamine with the Intent to Distribute it.

_____
Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 9:55 am/pm, this 17th day of August, 2015.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint – Page 3