# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

**UNITED STATES OF AMERICA**

v.

Case Number: **4:15-MJ-333 (01)**

JACKIE LYNN WATTERS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 8 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

### ORDER OF TEMPORARY DETENTION AND
### SCHEDULING DETENTION AND PRELIMINARY HEARING

Upon motion of the Assistant United States Attorney, it is ordered that a detention[1] and preliminary hearing

is set for Thursday, August 20, 2015 at 10:30 a.m. before United States Magistrate Judge Jeffrey L. Cureton, 501

W. 10th Street, Fort Worth, Texas.  All attorneys are required to appear in court 15 minutes prior to the hearing.

It is further ordered that pending this hearing, the defendant shall be detained in the custody of the United

States Marshal and produced for the hearing set forth above.

Signed: August 18, 2015

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the detention hearing may be
continued for up to three days upon motion of the Government, or up to five days upon motion of
the defendant, 18 U.S.C. Section 3142(f)(2).