**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2015 AUG 17 PM 1:42

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-mj-333 |
| JACKIE LYNN WATTERS (01) a/k/a "H20" | |

### WARRANT FOR ARREST

**TO:**  The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **JACKIE LYNN WATTERS**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 17th day of August, 2015.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  Fort Worth, TX.

| DATE RECEIVED: 08-17-15 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 08-17-15 | P. Finney, S/A | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 20 2015
CLERK, U.S. DISTRICT COURT
By_____ Deputy